# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 5D23-3222
LT Case No. 1996-CF-05296-A

————————————————

VINCENT M. SINGLETON, II,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

————————————————

Petition for Writ of Habeas Corpus.
A Case of Original Jurisdiction.

Vincent M. Singleton, II, Miami, pro se.

No Appearance for Respondent.

January 5, 2024

WALLIS, J.

This Court earlier denied Petitioner's Petition for Writ of Habeas Corpus stemming from Duval County Circuit Court Case No. 1996-CF-05296-A. Because it appears that Petitioner's filings are abusive, repetitive, malicious, or frivolous, Petitioner is cautioned that any further similarly inappropriate pro se filings in this Court asserting claims stemming from Duval County Circuit Court Case No. 1996-CF-05296-A may result in sanctions such as a bar on pro se filing in this Court and referral to prison officials

for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2020); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

PETITIONER CAUTIONED.


EDWARDS, C.J., and EISNAUGLE, J., concur.